waived its right to have the prisoner returned to its custody for trial or service of sentence, Montos v. Smith, 5 Cir., 1969, 406 F.2d 1243; Bullock v. Mississippi, 5 Cir., 1968, 404 F.2d 75; Bilton v. Beto, 5 Cir., 1968, 403 F.2d 664. The circumstances which constituted a waiver of jurisdiction in Shields v. Beto, 5 Cir., 1967, 370 F.2d 1003, are not present in this case.

The judgment of the district court is Affirmed.

Ronald Tanet, of Silvers & Tanet, New Orleans, La., for appellants.

Henry B. Alsobrook, Jr., of Adams & Reese, New Orleans, La., for appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. *See* Fifth Circuit Rule 21.[1] *Also see* Hyler v. Reynolds Metal Co., 434 F.2d 1064 (5th Cir. 1970).

---

**Veronica FOLDI, wife of and George Foldi, Plaintiffs-Appellants,**

v.

**ARGONAUT INSURANCE COMPANY, Defendant-Appellee.**

**No. 31021**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

April 1, 1971.

Rehearing Denied April 22, 1971.

**UNIVERSAL METAL MACHINE WORKS, INC., Plaintiff-Appellee,**

v.

**TEXAS COASTAL & INTERNATIONAL, INC., Defendant,**

**Tom R. SWANTNER, Defendant-Appellant,**

v.

**The VESSEL MUSTANG ISLAND, its Tackle, Furniture, Engines, Equipment, etc., Defendant.**

**No. 30417.**

United States Court of Appeals, Fifth Circuit.

March 25, 1971.

---

* Rule 18, 5th Cir.; see Isbell Enterprises v. Citizens Casualty Co. of N.Y., 431 F. 2d 409, Part I (5th Cir. 1970).

1. *See* NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).